# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br>CHARLES MARTINEZ FONTANEZ<br>AMARILIS SEMIDEY ALICEA | CASE NO.: 20-02518 **(BKT)** |
| **DEBTOR (S)** | **CHAPTER 13** |
| FIRSTBANK Puerto Rico<br>**MOVANT** | |
| CHARLES MARTINEZ FONTANEZ<br>AMARILIS SEMIDEY ALICEA<br>José Carrion Morales<br>TRUSTEE – Chapter 13<br>**RESPONDENT'S** | **(x) Opposition to plan confirmation under Title 11 §1325(a) (5) on Plan Confirmation, Adequate Protection and Equal Monthly Payments& Title 11 USC §1325(a) (6), on Feasibility Test or Sufficiency on the Funding of a Proposed Plan** |

## MOTION OBJECTING THE CONFIRMATION OF THE PLAN

**TO THE HONORABLE COURT:**

COMES NOW, Movant **FIRSTBANK Puerto Rico**, through its undersigned attorney and very respectfully states and preys:

**I. INTRODUCTION.**

1- The jurisdiction of the Honorable Court is ascertain under Title 28 USC§1334, Title 28 USC §157, Title 11 USC §361 and 11 USC §1325(a) (5) (B) (iii), on *Adequate Protection* and Title 11 USC §1325(a) (5) (B) (iii) on *Confirmation of Plan,* 11 USC §1325(b) (6) on *Feasibility Test*. See Lundin, Keith M.; on Chapter 13 Bankruptcy: Chapter 5, at §5.56 on Feasibility.

**II. FACTS.**

2- Movant's standing is ascertained as it filed on July 14, 2020, an unsecure claim to a personal loan for 9,461.36 under account 0125. See, Clm. Reg. 2.

Case no. 20-02518 [BKT]                                                                2
FIRSTBANK Puerto Rico
Page 2 of 4

3-    The debtor(s) filed a bankruptcy case under chapter 13 on June 29, 2020.  The plan provides for the payment of $125.00 x 60 for the total base of $7,500.00. Yet, the propose plan is not feasible in as much as debtor is not receiving the income of $584.62 form "Seguritas". See, Bkcy Dck 1, 4, 10 at page 2 of 6, and 13.

## III. APPLICABLE LAW.

Bankruptcy L Rule 9013-2 (a) specifically provides that except as provided in subsection (b) of this LBR, any motion or response thereto must be accompanied by supporting memorandum that contains the points and authorities in support of the party's position, together with any affidavits or documents in support thereof.

4-    Section 1325(a) (6) restrains the Court from confirming a plan where: (6) the plan calls for payments or other performance beyond even an optimistic appraisal of debtor's abilities.  Id. Lundin, Keith M., pg. 5-161

6-    Feasibility, although an ample concept at its simplest requires that the debtor's income exceeded expenses by an amount sufficient to make the payments proposed under the plan.   Where the debtor's budget will not support the payments into the plan, the plan is not feasible, and confirmation must be refused. In Re Belden, 144 BR 1010 (Bkcy. D. Minn. 1992)

7-    Title 11 USC §1325(b)(1) under the reform provides that if the trustee or the holder of an allowed unsecured claim objects to the confirmation of the plan, then the court may not approve the plan unless, as of the effective date of the plan- (A) the value of the property to be distributed under the plan on such account is not less than the amount of such claim; or (B) the plan provides for all of the debtor's projected disposable income to be received in the applicable commitment period beginning on the date that the first payment is due under the plan will be applied to make payments to unsecured creditors under the plan.

Case no.  20-02518 [BKT]
FIRSTBANK Puerto Rico
Page 3 of 4

3

8- Accordingly, when the funding of a case depends on the future income from commissions it has been ruled by the Honorable Bankruptcy Court's "future income from commissions is speculative to support feasibility of plan. In Re Rose, 101 BR 934 (Bankr. S. D. Ohio 1989). See as well, In Re Wilkinson, 99 BR 366 (Bankr. N. D. Ohio 1989) where the Honorable Bankruptcy Court denied confirmation where monthly income of $2,268.00 did not permit monthly expenses of $2,070.00, plan payments of $150.00, plus payments to secured lien claim holders "outside" plan totaling $10,038.00.

## IV. PLEA.

9-  Movant's standing is ascertained as it filed on July 14, 2020, an unsecure claim to a personal loan for 9,461.36 under account 0125. See, Clm. Reg. 2.

10- The debtor(s) filed a bankruptcy case under chapter 13 on June 29, 2020.  The plan provides for the payment of $125.00 x 60 for the total base of $7,500.00. Yet, the propose plan is not feasible in as much as debtor is not receiving the income of $584.62 form "Seguritas". See, Bkcy Dck 1, 4, 10 at page 2 of 6, and 13.

11- In as much as it appears debtor will not be able to comply with 11 USC 1325 (a) (6), Movant cannot accept the plan as proposed, since the debtor, even with her best intentions, have a feasibility problem.

**WHEREFORE**, is respectfully requested from this Honorable Court not to confirm the plan until the debtor's evidenced compliance adequate protection and continue monthly payments.

### RESPONSE TIME NOTICE

Within fourteen (14) days after service as evidenced by the certification, and additional three (3) days pursuant to Fed. R. Bankr. P. 9006 (f) if you were served by mail, any party against whom

Case no. 20-02518 [BKT]                                                                    4
FIRSTBANK Puerto Rico
Page 4 of 4

this paper has been served, or any party to the action who objects to
the relief sought herein, shall serve and file an objection or other
appropriate response to this paper with the Clerk's Office Bankruptcy
Court for the District of Puerto Rico. If no objection or other
response is filed within the time allowed herein, the paper will be
deemed unopposed and may be granted unless: (i) the requested is
forbidden by law; (ii) the requested relief is against public policy;
or (iii) in the opinion of the Court, the interest of justice
requires otherwise.

**Rule 9013-1 (h)**


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY, that on this the same day of the filing of this motion
the a copy of this Motion its being sent by first class mail to the
debtor(s) CHARLES MARTINEZ FONTANEZ & AMARILIS SEMIDEY ALICEA, at the
address on the docket, URB. JARDINES DEL MAMEY, STREET 6 K-3, PARILLAS,
PUERTO RICO 00723; by the Bankruptcy CM/ECF System to the Debtor(s)
counselor MANUEL E FUSTER MARTINEZ, at the address on the docket,; by
first class mail to Atty. Alejandro Oliveras Rivera, the Chapter 13 -
US Trustee, at the address on the docket, PO Box 9024062, Old San Juan,
PR 00902-4062/ Atty. José Carrión Morales, the Chapter 13 - US Trustee,
at the address on the docket, PO Box 90223884, San Juan, P. R. 00902-
3884, and to all the creditor's in the List of Creditors.

           In San Juan, Puerto Rico, the 20st of August 2020.


        BY:  /s/ María M. Benabe Rivera
             María M. Benabe Rivera
             Attorney for Movant - US - DC 208906
             Maricarmen Colón Díaz - US - DC 211410
             FIRSTBANK Puerto Rico
             Centro de Servicios al Consumidor - Código 248
             1130 Muñoz Rivera Ave., Rio Piedras, P R
             PO Box 9146, San Juan, PR 00908-0146
             maria.benabe@firstbankpr.com
             (787)729-8135 / (787)729-8276

el Matrix for local noticing
04-3
se 20-02518-BKT13
strict of Puerto Rico
d San Juan
u Aug 20 09:05:08 AST 2020

US Bankruptcy Court District of P R
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998-1535

NCO POPULAR DE PUERTO RICO
NKRUPTCY DEPARTMENT
BOX 366818
N JUAN PR 00936-6818

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

DIRECT TV
PO BOX 71413
San Juan, PR 00936-8513

SCOVER
BOX 6103
rol Stream, IL 60197-6103

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION-(CODE 248)
PO BOX 9146 SAN JUAN PR, 00908-0146

FIRST BANK
PO BOX 8318
SAN JUAN, PR 00910-0318

RST BANK
BOX 9146
n Juan, PR 00908-0146

HOSPITAL PANAMERICANO
PO BOX 1400
Cidra, PR 00739-1400

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
Philadelphia, PA 19255-0525

PENNEY
BOX 960090
lando, FL 32896-0090

MACYS/DSNB
PO BOX 9001-108
Louisville, KY 40290-1108

SEARS CREDIT CARDS
PO BOX 78051
Phoenix, AZ 85062-8051

NCHRONY BANK
) ROOMS TO GO
BOX 960061
lando, FL 32896-0061

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

US SMALL BUSINESS ADMINISTRATION
PO BOX 3918
Portland, OR 97208-3918

PR FEDERAL CREDIT UNION
BOX 33017
n Juan, PR 00933-3017

AMARILIS SEMIDEY ALICEA
URB JARDINES DEL MAMEY
CALLE 6 K-3
PATILLAS, PR 00723-2917

CHARLES MARTINEZ FONTANEZ
URB JARDINES DEL MAMEY
CALLE 6 K-3
PATILLAS, PR 00723-2917

SE RAMON CARRION MORALES
BOX 9023884
N JUAN, PR 00902-3884

MANUEL E FUSTER MARTINEZ
MANUEL E FUSTER MARTINEZ LAW OFFICE
PO BOX 1464
GUAYAMA, PR 00785-1464

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

d of Label Matrix
ilable recipients    23
passed recipients     0
tal                  23