IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| N THE MATTER OF: | CASE NO. **20-02518-EAG** |
| **CHARLES MARTINEZ FONTANEZ**<br>**AMARILIS SEMIDEY ALICEA** | CHAPTER **13** |
| Debtor | |

*STATEMENT OF PURPOSE TO AMEND SCHEDULE F*

TO THE HONORABLE COURT:

   **NOW COMES** debtor through the undersigned counsel and respectfully alleges and prays:

1. In compliance with Federal Rule of Bankruptcy Proceeding 1009 and Local Bankruptcy Rule 1009-1, debtor provides a Statement Purpose as to the amended the Schedule F in order to include a creditor not listed:

**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS DE ELA DE PUERTO RICO**
*PO Box 41269*
*San Juan, Puerto Rico 00902-1269*

   **WHEREFORE**, debtor very respectfully request that this Court take note of the amendment and of the compliance with its rules.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

   *I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to **JOSE RAMON CARRION MORALES**, Chapter 13 Trustee, to **DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS DE ELA DE PUERTO RICO** at PO Box 41269 San Juan, Puerto Rico 00902-1269 and to the non CM/ECF participants and parties in interest, and also certify that I have mailed by United States Postal Service copy of this motion to the non CM/ECF participants.*

   **RESPECTFULLY SUBMITTED.**

   In Guayama, Puerto Rico, this 7th day of April, 2021.

/s/MANUEL E. FUSTER MARTINEZ
*ATTORNEY FOR DEBTOR*
*PO BOX 1464*
*GUAYAMA, P.R. 00785*
*PHONE: (787) 864-3015*
*FAX: (787) 866-1827*
*E-MAIL: fuster_law_office@yahoo.com*
*USDC-PR 200513*

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | CHARLES | MARTINEZ | FONTANEZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 | AMARILIS | SEMIDEY | ALICEA |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **INTERNAL REVENUE SERVICE**<br>Priority Creditor's Name<br>**DEPARTMENT OF TREASURY**<br>**Philadelphia, PA 19255-0525**<br>Number Street City State Zip Code | Last 4 digits of account number **3426**<br>When was the debt incurred? **2017-2019** | **$1,526.00** | **$0.00** | **$1,526.00** |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

2017 - $150.00
2018 - $201.00
2019 - $1,175

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1 CHARLES MARTINEZ FONTANEZ
Debtor 2 AMARILIS SEMIDEY ALICEA

Case number (if know) _____

### 4.1 AMERICAN EXPRESS
Nonpriority Creditor's Name

PO BOX 981535
EL PASO, TX 79998-1535
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  4713
When was the debt incurred?  08/21/2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  CREDIT CARD

$1,491.00

### 4.2 DEPARTAMENTO DE TRANSPORTACION
Nonpriority Creditor's Name
Y OBRAS PUBLICAS DE ELA DE PR
PO BOX 41269
San Juan, PR 00902-1269
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  5478
When was the debt incurred?  30/07/2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  ADMINISTRATIVE FEES #38095478

$160.00

### 4.3 DIRECT TV
Nonpriority Creditor's Name
PO BOX 71413
San Juan, PR 00936-8513
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  8417
When was the debt incurred?  2019

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  CABLE TV SERVICES

$218.00

Debtor 1 CHARLES MARTINEZ FONTANEZ
Debtor 2 AMARILIS SEMIDEY ALICEA

Case number (if know) _____

| 4.4 | DISCOVER | Last 4 digits of account number | 2829 | $3,018.00 |

Nonpriority Creditor's Name
PO BOX 6103
Carol Stream, IL 60197-6103
Number Street City State Zip Code

When was the debt incurred? 06/07/2018

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  CREDIT CARD

| 4.5 | FIRST BANK | Last 4 digits of account number | 0125 | $9,729.00 |

Nonpriority Creditor's Name
PO BOX 8318
SAN JUAN, PR 00900
Number Street City State Zip Code

When was the debt incurred? 02/08/2019

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  PERSONAL LOAN

| 4.6 | FIRST BANK | Last 4 digits of account number | 7897 | $950.00 |

Nonpriority Creditor's Name
PO BOX 9146
San Juan, PR 00908-0146
Number Street City State Zip Code

When was the debt incurred? 2017

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  CREDIT CARD

### 4.7 HOSPITAL PANAMERICANO

Nonpriority Creditor's Name
PO BOX 1400
Cidra, PR 00739
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  0017
When was the debt incurred?  11/13/2018

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  HEALTH SERVICES

$1,316.00

### 4.8 INTERNAL REVENUE SERVICE

Nonpriority Creditor's Name
DEPARTMENT OF TREASURY
Philadelphia, PA 19255-0525
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  9363
When was the debt incurred?  2015-2016

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  1040-PR  2015 - $382.00  2016 - $368.00

$750.00

### 4.9 JC PENNEY

Nonpriority Creditor's Name
PO BOX 960090
Orlando, FL 32896-0090
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  5981
When was the debt incurred?  06/09/2019

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  CREDIT CARD

$312.00

| 4.10 | MACYS/DSNB | Last 4 digits of account number 4713 | $1,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 9001-108
Louisville, KY 40290
Number Street City State Zip Code

When was the debt incurred? 08/25/2016

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  CREDIT CARD

| 4.11 | SEARS CREDIT CARDS | Last 4 digits of account number 6607 | $3,629.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 78051
Phoenix, AZ 85062-8051
Number Street City State Zip Code

When was the debt incurred? 2019

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  CREDIT CARD

| 4.12 | SYNCHRONY BANK | Last 4 digits of account number 8507 | $565.00 |
|---|---|---|---|

Nonpriority Creditor's Name
C/O ROOMS TO GO
PO BOX 960061
Orlando, FL 32896-0061
Number Street City State Zip Code

When was the debt incurred? 2018

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  CREDIT CARD

Debtor 1 CHARLES MARTINEZ FONTANEZ
Debtor 2 AMARILIS SEMIDEY ALICEA                                Case number (if know)

| 4.13 | US SMALL BUSINESS ADMINISTRATION | Last 4 digits of account number | 7003 | $3,774.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 3918
Portland, OR 97208-3918
Number Street City State Zip Code

When was the debt incurred?  11/2018

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  DISASTER LOAN

| 4.14 | VAPR FEDERAL CREDIT UNION | Last 4 digits of account number | 0002 | $4,865.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO BOX 33017
San Juan, PR 00933
Number Street City State Zip Code

When was the debt incurred?  01/13/2020

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  PERSONAL LOAN

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. $ | 0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $ | 1,526.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. Total Priority. Add lines 6a through 6d. | 6e. $ | 1,526.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. $ | 0.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 6 of 7
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1 CHARLES MARTINEZ FONTANEZ
Debtor 2 AMARILIS SEMIDEY ALICEA

Case number (if know)



| | | | | |
|---|---|---|---|---|
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 32,277.00 |
| 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 32,277.00 |

Fill in this information to identify your case:

Debtor 1: **CHARLES MARTINEZ FONTANEZ**

Debtor 2 (Spouse if, filing): **AMARILIS SEMIDEY ALICEA**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ CHARLES MARTINEZ FONTANEZ_
Signature of Debtor 1
Date 4/7/2021

X _/s/ AMARILIS SEMIDEY ALICEA_
Signature of Debtor 2
Date 4/7/2021